BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>APPROXIMATELY $18,279.29 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 24317023, HELD IN THE NAME OF MALLORIE GETTO, and<br><br>APPROXIMATELY $3,008.23 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 1083843846, HELD IN THE NAME OF MALLORIE GETTO,<br><br>              Defendants. | 1:12-CV-00325-AWI-MJS<br><br>**APPLICATION AND ORDER FOR PUBLICATION** |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the

1

official internet government forfeiture site;

    2.    Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

    3.    The defendant approximately $18,279.29 in U.S. currency was seized from Bank of America account number 24317023, held in the name of Mallorie Getto on October 7, 2011, at the Bank of America branch located at 5292 N. Palm Avenue in Fresno, California.  The defendant approximately $3,008.23 was seized from Bank of America account number 1083843846 on October 11, 2011, at the Bank of America branch located at 5292 N. Palm Avenue in Fresno, California (collectively "defendant funds").  The defendant funds are in the custody of the United States Secret Service, Eastern District of California.

    4.    Plaintiff proposes that publication be made as follows:

        a.    One publication;

        b.    Thirty (30) consecutive days;

        c.    On the official internet government forfeiture site www.forfeiture.gov;

        d.    The publication is to include the following:

            (1)    The Court and case number of the action;

            (2)    The date of the seizure/posting;

            (3)    The identity and/or description of the property seized/posted;

            (4)    The name and address of the attorney for the Plaintiff;

            (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

///

(6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: March 20, 2012      BENJAMIN B. WAGNER
                           United States Attorney

                           /s/ Heather Mardel Jones
                           HEATHER MARDEL JONES
                           Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   March 29, 2012              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE