IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $18,279.29 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 24317023, HELD IN THE NAME OF MALLORIE GETTO, and<br><br>APPROXIMATELY $3,008.23 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 1083843846, HELD IN THE NAME OF MALLORIE GETTO,<br><br>        Defendants.<br>_____/ | CASE No. 1:12-cv-00325 AWI-MJS<br><br>FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE<br><br>ECF No. 11<br><br>OBJECTIONS DUE WITHIN FOURTEEN (14) DAYS |

This matter came before the Honorable Judge Michael J. Seng on Plaintiff United States' *ex parte* motion for default judgment and final judgment of forfeiture. (Mot. for J., ECF No. 11.) There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant funds to oppose Plaintiff's

motion. Based on Plaintiff's motion and the files and records of the Court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed March 2, 2012.

2. On May 2, 2012, alleged victim Mid States Transport submitted a Verified Petition for Remission to the U.S. Attorney's Office. Following entry of forfeiture, and pursuant to the regulations set forth in 28 C.F.R. § 9.1, *et. seq.*, the Petition for Remission will be addressed administratively.

3. Plaintiff United States of America has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimant Mallorie Getto.

4. Plaintiff has shown that a complaint for forfeiture was filed; that potential claimant Mallorie Getto received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED that:

Mallorie Getto be held in default;

Plaintiff's motion for default judgment and final judgment of forfeiture be granted;

A judgment by default be entered against any right, title, or interest of potential claimant Mallorie Getto, and all other unknown potential claimants, in the Defendant funds; and

A final judgment be entered, forfeiting all right, title, and interest in the Defendant funds to the United States of America, to be disposed of according to law.

These Findings and Recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. §

636(b)(1). Within fourteen (14) days after being served with these Findings and Recommendations, any party may file written objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten (10) days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   August 14, 2012            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE